**Benedict Onwukwe OKWARA, M.D., Plaintiff–Appellant,**

v.

State of **NORTH CAROLINA; Isaac T. Avery, III, individually and in his capacity as a Special Deputy Attorney General with the State of North Carolina; Stacey T. Carter, individually and her capacity as an Assistant Attorney General with the State of North Carolina; Jeffrey L. Rowell, individually and in his capacity as a trooper of the North Carolina Highway Patrol; Edwin G. Cathey, individually and in his capacity as a trooper of the North Carolina Highway Patrol, Defendants–Appellees.**

No. 01–7078.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2001.

Decided Feb. 4, 2002.

Chiege O. Kalu Okwara, Law Office of Chiege O. Kalu Okwara, Charlotte, North Carolina, for Appellant. W. Dale Talbert, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Benedict Onwukwe Okwara appeals from the district court's order dismissing his civil complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Okwara v. North Carolina*, No. CA–00–608–3 MU (W.D.N.C. filed May 15, 2001, entered May 22, 2001). We grant Okwara's motion to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.